IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **SANDOVAL PRODUCE, INC.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO: 7:15-cv-225 (WLS)** |
| : | |
| **JLP FARMS WHOLESALE RETAIL** : | |
| **PRODUCE TRANSPORTATION, LLC and** : | |
| **JOHN LEWIS PETTIFORD, Individually,** : | |
| : | |
| **Defendant.** : | |

### ORDER

In response to the Court's prior Order (Doc. 19), on December 13, 2021, Plaintiff filed a Status Report (Doc. 20) informing the Court that Defendant Pettiford's Chapter 12 bankruptcy case remains pending. Plaintiff's Status Report stated that Defendant Pettiford had not made any payments to the Trustee from April 2021 through December 9, 2021, in Pettiford's pending Chapter 12 Bankruptcy Case No. 17-70972 filed in the United States Bankruptcy Court for the Middle District of Georgia. From the Court Clerk's review of the docket in Pettiford's bankruptcy case, he has not filed the reports and summaries required by 11 U.S.C § 704(a)(8) since September 20, 2022. Further, the Court's review of the Order Confirming Debtor's Plan Under Chapter 12 entered February 6, 2018, reflects that the plan provided for a maximum term of five years from the effective date of the plan. (*See* Bankr. Case No. 17-70972, ECF No. 61 ¶ 11.)[1]

Based on the foregoing, the Plaintiff shall file an updated status report advising whether Pettiford's bankruptcy case is still pending, any action Plaintiff intends to take in this case, and

---

[1] Pettiford's amended plan was approved by the Bankruptcy Court by Order entered April 29, 2020 (Bankr. Case No. 17-70972, ECF No. 148). However, the term of the plan was not extended by that Order. *See also* 11 U.S.C. § 1222(c) (providing maximum plan term of five years).

whether this case should remain stayed.  Plaintiff shall file its updated status report no later than Monday, February 6, 2023.

**SO ORDERED**, this 18th day of January 2023.

                                                           <u>**/s/ W. Louis Sands**</u>
                                                        **W. LOUIS SANDS, SR. JUDGE**
                                                        **UNITED STATES DISTRICT COURT**