IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SANDOVAL PRODUCE, INC., | : |
| Plaintiff, | : |
| v. | : |
| | : CASE NO: 7:15-cv-225 (WLS) |
| JLP FARMS WHOLESALE RETAIL PRODUCE TRANSPORTATION, LLC and JOHN LEWIS PETTIFORD, Individually, | : |
| Defendant. | : |

**ORDER**

In response to the Court's Order (Doc. 21), Plaintiff filed a Status Report (Doc. 22) informing the Court that although Defendant Pettiford's bankruptcy case is still pending, Plaintiff does not intend to take any further action that necessitates this case remaining open, as enforcement of Plaintiff's judgment appears futile.

Based on the foregoing, on or before **Tuesday, January 31, 2023,** the Plaintiff shall file a motion to dismiss or other appropriate documents so the case may be dismissed. In the event such motion is not timely filed, the Court shall dismiss the case with prejudice without further notice.

**SO ORDERED**, this 25th day of January 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1