**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

SANDOVAL PRODUCE, INC.,                               :
                                                                            :
      Plaintiff,                                            :
                                                                            :
    v.                                                         :
                                                                            :
                                                                            :   **CASE NO:  7:15-cv-225 (WLS)**
                                                                            :
JLP FARMS WHOLESALE RETAIL                :
PRODUCE TRANSPORTATION, LLC and    :
JOHN LEWIS PETTIFORD, Individually,      :
                                                                            :
      Defendant.                                       :
_____     :

## ORDER

The Court being advised by Plaintiff's Status Report (Doc. 22) that the Plaintiff does not intend to take further action that necessitates this case remaining open, as enforcement of Plaintiff's judgment appears futile, the Court thereafter having entered an Order (Doc. 23) requiring that on or before January 31, 2023, Plaintiff shall file a motion to dismiss or other appropriate documents so the case may be dismissed, the Court further notifying the Plaintiff that failure to file such motion would result in dismissal of this case with prejudice and without further notice, and the Plaintiff having failed to file such motion,

**IT IS, HEREBY ORDERED**, that the Plaintiff's Complaint in this matter against Defendants JLP Farms Wholesale Retail Produce Transportation, LLC and John Lewis Pettiford, is dismissed with prejudice.

**SO ORDERED**, this 6th day of February 2023.

                             **/s/ W. Louis Sands**
                             **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1