IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SANDOVAL PRODUCE, INC., | * |
| Plaintiff, | * |
| v. | Case No. 7:15-cv-225 (WLS) |
| | * |
| JLP WHOLESALE RETAIL PRODUCE TRANSPORTATION, LLC and JOHN LEWIS PETTIFORD, individually, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 6, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 6th day of February, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk